UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY, ) | |
|    *Third-Party Plaintiff*, ) | |
| ) | |
| *vs.* ) | 1:11-cv-768-JMS-DKL |
| ) | |
| NWJ INVESTMENT FUND, IV, LLC, & ) | |
| NICKOLAS W. JEKOGIAN, III, ) | |
|    *Third-Party Defendants.* ) | |

**ORDER**

Presently pending before the Court is Third-Party Plaintiff Chicago Title Insurance Company's ("Chicago Title") Motion to Dismiss Unresolved Issues Without Prejudice. [Dkt. 95.] Chicago Title moves to dismiss unresolved claims against Third-Party Defendants NWJ Investment Fund, IV, LLC ("NWJ"), and Nickolas W. Jekogian, III pursuant to Federal Rule of Civil Procedure 41(a)(1)(2). Specifically, Chicago Title would like to dismiss all unresolved claims so that it can pursue the enforcement of its claim against Mr. Jekogian that was resolved on summary judgment in favor of Chicago Title and against Mr. Jekogian for $343,301.39. [Dkts. 90; 95 at 1.] Neither NWJ nor Mr. Jekogian responded to Chicago Title's motion to dismiss.

The Court **GRANTS** Chicago Title's motion to dismiss to the extent that 1) all claims against NWJ are **DISMISSED WITHOUT PREJUDICE**, and 2) all claims against Mr. Jekogian, except for the claim on which the Court entered summary judgment in favor of Chicago Title for $343,301.39, are **DISMISSED WITHOUT PREJUDICE**. [Dkt. 95.] Chicago Title's Motion to Enter Summary Judgment as a Final Judgment is **DENIED AS MOOT**. [Dkt. 92.] Judgment on the resolved claim against Mr. Jekogian will enter accordingly, and the Clerk is directed to **CLOSE** this matter on the Court's docket.

06/07/2013

*Jane Magnus-Stinson*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

James A.L. Buddenbaum
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP-Lebanon
jbuddenbaum@parrlaw.com

James E. Carlberg
BOSE MCKINNEY & EVANS, LLP
jcarlberg@boselaw.com

Shawna Meyer Eikenberry
BAKER & DANIELS - Indianapolis
shawna.eikenberry@FaegreBD.com

Travis W. Montgomery
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP
tmontgomery@parrlaw.com

Carl R. Pebworth
BAKER & DANIELS - Indianapolis
carl.pebworth@FaegreBD.com

Michael L. Schultz
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP
mschultz@parrlaw.com

Charles T. Switzer
FAEGRE BAKER DANIELS LLP - Indianapolis
charles.switzer@FaegreBD.com

Mark A. Voigtmann
BAKER & DANIELS - Indianapolis
mark.voigtmann@FaegreBD.com