UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | ) | |
| *Third-Party Plaintiff,* | ) | |
| | ) | |
| *vs.* | ) | 1:11-cv-768-JMS-DKL |
| | ) | |
| NWJ INVESTMENT FUND, IV, LLC, & | ) | |
| NICKOLAS W. JEKOGIAN, III, | ) | |
| *Third-Party Defendants.* | ) | |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in favor of Third-Party Plaintiff Chicago Title Insurance Company and against Third-Party Defendant Nickolas W. Jekogian, III, in the amount of **$343,301.39** in damages.  All claims against Third-Party Defendant NWJ Investment Fund, IV, LLC, have been dismissed without prejudice.

06/07/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

James A.L. Buddenbaum
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP-Lebanon
jbuddenbaum@parrlaw.com

James E. Carlberg
BOSE MCKINNEY & EVANS, LLP
jcarlberg@boselaw.com

Shawna Meyer Eikenberry
BAKER & DANIELS - Indianapolis
shawna.eikenberry@FaegreBD.com

Travis W. Montgomery

PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP
tmontgomery@parrlaw.com

Carl R. Pebworth
BAKER & DANIELS - Indianapolis
carl.pebworth@FaegreBD.com

Michael L. Schultz
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP
mschultz@parrlaw.com

Charles T. Switzer
FAEGRE BAKER DANIELS LLP - Indianapolis
charles.switzer@FaegreBD.com

Mark A. Voigtmann
BAKER & DANIELS - Indianapolis
mark.voigtmann@FaegreBD.com