UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:11-cv-00768-JMS-MPB |
| CHICAGO TITLE INSURANCE COMPANY, et al. | ) ) ) ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Chicago Title's *Motion to Hold Judgment Defendant in Contempt of Court and for Sanctions*. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation [158].

Chicago Title's *Motion to Hold Judgment Defendant in Contempt of Court and for Sanctions* **be granted in part and denied in part**. (Docket No. 156).

Specifically, the court **ORDERS**:

1. It is established that Jekogian has fraudulently transferred money and/or hidden assets from Chicago Title. *See, e.g.*, Ind. Code §§ 32–18–2–14, 15;

2. Chicago Title's request that it be conclusively established that Jekogian has committed fraud in the criminal context, Ind. Code § 35–43–5–4 is **denied**;

3. Chicago Title's request that it be conclusively established that Jekogian has committed constructive fraud is **denied**;

1

4. That the BBJ Family Irrevocable Trust and the Jekogian Family Trust assets are subject to execution by this Court in order to satisfy Chicago Title's Judgment due to the fraudulent manner in which the trusts have been utilized by Jekogian;

5. Jekogian, individually, is precluded from disputing the Court's findings regarding Jekogian's fraudulent transfer and fraudulent activities in this case (this would not prevent the trusts from seeking any remedy available, if appropriate);

6. Chicago Title's request for fees and costs incurred in these post-judgment proceedings, aside from those attorneys' fees already awarded to Chicago Title is **granted**, excluding the activities outlined within the Magistrate Judge's report and recommendation. Chicago Title shall provide an affidavit of its attorneys' fees for the Court's review within **fourteen (14) days of this Order**; and

7. That Chicago Title's request for additional sanctions under a finding of civil contempt be **denied.**

Chicago Title is directed to serve this order on Mr. Jekogian **no later than October 21, 2019** and to promptly file proof of the same.

Date: 10/18/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record.

Distribution via first-class mail to:

Nickolas W. Jekogian
III Signature Group Investments, LLC
1430 Broadway, Suite 503
New York, NY 10018

Nickolas W. Jekogian
III 171 E. 84th Street, Apt. 28E
New York, NY 10028